NUMBER 13-07-213-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________ ______


MONICA PALERMO, Appellant,


v.


ERIC WILLIAMS, Appellee.

__________________________________________________ _____


On appeal from the 404th District Court 


 of Cameron County, Texas

___________________________________________________ ___


 MEMORANDUM OPINION


Before Justices Rodriguez, Benavides, and Vela 


Memorandum Opinion Per Curiam




 Appellant, MONICA PALERMO, perfected an appeal from a judgment entered
by 404th District Court of Cameron County, Texas, in cause number 2006-11-5106-G. 
Appellant has failed to pay the $125.00 filing fee in this matter. 

 On May 24, 2007, notice was given to all parties that this appeal was subject
to dismissal because of appellant's failure to comply with this Court's previous notice
regarding the filing fee in this matter. Appellant was advised that, if the filing fee was
not paid within ten days from the date of receipt of this notice, the appeal would be
dismissed. See Tex. R. App. P. 42.3(c). To date, appellant has failed to tender the
$125.00 filing fee or otherwise respond to this Court's notice.

 The Court, having examined and fully considered the documents on file,
appellant's failure to remit the $125.00 filing fee, this Court's notice, and appellant's
failure to respond, is of the opinion that the appeal should be dismissed. The appeal
is hereby DISMISSED.


 PER CURIAM


Memorandum Opinion delivered and filed

this the 28th day of June, 2007.